UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRACY WARD,

        Plaintiff,

   v.

TARGET CORPORATION, et. al.,

        Defendants.

_____/

NO. 2:08- CV-1172 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the defendant, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 12, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: August 20, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE